UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:24-cr-39-1 |
| v. | ) |
| | ) Judge Collier |
| | ) |
| ANTHONY DOUGLAS, JR. | ) Magistrate Judge Dumitru |

**O R D E R**

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Count One and Count Three of the four-count Indictment; (2) accept Defendant's guilty plea as to Count One and Count Three; (3) adjudicate Defendant guilty of Count One and Count Three; (4) defer a decision on whether to accept the plea agreement (Doc. 40) until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter. (Doc. 47.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the Magistrate Judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 47) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea as to Count One and Count Three of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One and Count Three is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One and Count Three;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **November 5, 2025, at 2:00 p.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/ _____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**